**1000**

DETROIT FIDELITY AND SURETY COM-
PANY, Appellant, v. UNITED STATES
of America, Appellee.
No. 3343.

Circuit Court of Appeals, Fourth Circuit.
Oct. 31, 1932.

Ralph H. Daughton and Samuel E. For-
wood, both of Norfolk, Va., and Louis Halle,
of New York City, for the appellant.

Paul W. Kear, U. S. Atty., and Alvah H.
Martin, Asst. U. S. Atty., both of Norfolk,
Va.

PER CURIAM.
Judgment of District Court affirmed.

DETROIT GEAR & MACHINE COMPANY
v. GEAR GRINDING MACHINE
COMPANY.
No. 6320.

Circuit Court of Appeals, Sixth Circuit.
Dec. 12, 1932.

See, also, 54 F.(2d) 675.

Stevenson, Butzel, Eaman & Long, of
Detroit, Mich., and Carlton Hill and George
I. Haight, both of Chicago, Ill., for appel-
lant.

Whittemore, Hulbert, Whittemore & Bel-
knap, of Detroit, Mich., and D. Anthony
Usina, of New York City, for appellee.

PER CURIAM.
Dismissed pursuant to stipulation of
counsel.

William J. DEGENHART v. PENNSYL-
VANIA RAILROAD COMPANY.
No. 6127.

Circuit Court of Appeals, Sixth Circuit.
Jan. 17, 1933.

Meck & Meck, of Toledo, and Wm. E. Mc-
Kinley, of Columbus, Ohio, for appellant.

Henderson, Burr, Randall & Porter, of
Columbus, Ohio, for appellee.

PER CURIAM.
Judgment of District Court affirmed.

EASTERN NATIONAL BANK OF YORK,
PENNSYLVANIA, Appellant, v. John H.
CUNNINGHAM, Trustee of Charles F. Stick,
Bankrupt, Appellee.
No. 3405.

Circuit Court of Appeals, Fourth Circuit.
Dec. 7, 1932.

John A. Hoober, of York, Pa., and
Charles O. Clemson, of Westminster, Md., for
appellant.

Brown & Shipley, of Westminster, Md.,
for appellee.

PER CURIAM.
Order of District Court affirmed, with
costs. Decree filed.